

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00317-CV

Teresa M. **FAYETTE**,
Appellant

v.

Luciano **REYES** and ABC Trucking,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI04948
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The reporter's record was due on November 5, 2018.  *See* TEX. R. APP. P. 35.3(c).  After the due date, court reporter Amy L. Hinds advised the court that Appellant has not yet paid in full for the record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's record has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision."  *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due TEN DAYS after Appellant files written proof showing compliance with this order.  *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court